

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: GUARDIANSHIP OF JOHN V. WALTER, AN ALLEGED INCAPACITATED PERSON, | § § § | No. 08-20-00206-CV Appeal from the |
| Appellant, | § | Probate Court |
|  | § | of Dallas County, Texas |
|  | § | (TC# PR-20-01181-1) |

**O R D E R**

Pending before the Court is Appellant's motion to extend abatement on appeal. The motion is GRANTED, and the appeal is abated until September 13, 2021, to give the parties an opportunity to settle the dispute. If the parties are able to finalize a settlement prior to September 13, 2021, the parties are directed to notify the Court of that fact and to file an appropriate motion to dispose of this action.

IT IS SO ORDERED this 30th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.